IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| VS. | NO. 5: 10-MJ-08-01 (CWH) |
| ORLANDO JULIAN FITZHUGH, | **Violation of Conditions of Supervised Release**<br>**No. 4:05-CR-19-2H — E. D. NC** |
| Supervised Releasee | |

# ORDER OF TEMPORARY DETENTION AND REMOVAL

**TO: UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF GEORGIA**

A warrant having been issued in the EASTERN DISTRICT OF NORTH CAROLINA charging **ORLANDO JULIAN FITZHUGH** with violation of the terms of his sentence of supervised release imposed upon him on April 4, 2006 in the Eastern District of North Carolina;

At an appearance this day before Claude W. Hicks, Jr., Chief United States Magistrate Judge for the Middle District of Georgia, under provisions of Rule 32.1(a)(1)(A) and (a)(5)(A) of the Federal Rules of Criminal Procedure, said supervised releasee was advised of allegations pending against him in the EASTERN DISTRICT OF NORTH CAROLINA and of his legal and constitutional rights. The government was represented by Assistant U. S. Attorney Sharon Ratley; the supervised releasee waived legal representation in this district..

Proper documentation was presented to the court and provided to the supervised releasee. He admitted his identity and waived a preliminary hearing. Counsel for the government requested that the supervised releasee be detained pending his return to the EASTERN DISTRICT OF NORTH CAROLINA; the court finds that TEMPORARY DETENTION of said defendant is necessary and appropriate under the circumstances of this case, pending a review of said proceedings in the district of prosecution, the defendant specifically RESERVING his right in the district of prosecution to a DETENTION HEARING under the Bail Reform Act.

Accordingly, YOU ARE HEREBY COMMANDED to **TEMPORARILY DETAIN** the said **ORLANDO JULIAN FITZHUGH** and to **REMOVE** him as soon as is practicable to the EASTERN DISTRICT OF NORTH CAROLINA and there deliver him to the United States Marshal for that district or to such other officer authorized to receive him.

SO ORDERED, this 2nd day of AUGUST, 2010.



CLAUDE W. HICKS, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

## RETURN

_____District of_____

Received the within warrant of removal on the_____day of_____, 2010, and executed same.

_____
DEPUTY U. S. MARSHAL